**Demun WALKER, Appellant,**

v.

**STATE of Missouri, Respondent.**

**WD 78395**

Missouri Court of Appeals,
Western District.

FILED: MAY 24, 2016

Motion for Rehearing and/or Transfer
to Supreme Court Denied July 5,
2016.

Mary H. Moore, Jefferson City, MO for respondent.

Mark A. Grothoff, Columbia, MO for appellant.

Before Division Four: Alok Ahuja, C.J., and Mark D. Pfeiffer and Anthony Rex Gabbert, JJ.

## ORDER

PER CURIAM:

Demun Walker was convicted following a jury trial of violence against a Department of Corrections employee. Walker appeals from the denial of his motion for post-conviction relief under Supreme Court Rule 29.15 following an evidentiary hearing. Walker argues that he is entitled to post-conviction relief because his direct-appeal counsel was ineffective for failing to challenge Walker's appearance before the jury in shackles. We affirm. Because a published opinion would have no precedential value, an unpublished memorandum setting forth the reasons for this or-

der has been provided to the parties. Rule 84.16(b).